MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

BRIANNA L. PENNA (CABN 290444)
JEFFREY SCHENK (CABN 234355)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   Brianna.penna@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>DOUGLAS YORK,<br><br>   Defendant. | Case No. CR-15-00226-EJD<br><br>VERDICT FORM<br><br>Trial Date:   August 28, 2015<br>Time:         9:00 a.m.<br>Courtroom:  Hon. Edward J. Davila |

The United States hereby respectfully submits the following verdict form as discussed in today's jury instruction and verdict form conference.


DATED: August 26, 2015                      Respectfully submitted,

                                                      MELINDA HAAG
                                                      United States Attorney


                                                        /s/
                                                      BRIANNA L. PENNA
                                                      JEFF SCHENK
                                                      Assistant United States Attorneys

UNITED STATES' PROPOSED VERDICT FORM
CR-15-00226-EJD

# **VERDICT FORM**

<u>COUNT ONE</u>:        18 U.S.C. § 912– False Impersonation of a Federal Officer or Employee

   WE, THE JURY, find the defendant DOUGLAS YORK in the above-entitled case

_____ of False Impersonation of a Federal Officer or Employee,
   Guilty/Not Guilty

as charged in Count One.


<u>COUNT TWO</u>:        47 U.S.C. § 223(A)(1)(C)– Telecommunications Device Harassment

WE, THE JURY, find the defendant DOUGLAS YORK in the above-entitled case

_____ of Telecommunications Device Harassment,
   Guilty/Not Guilty

as charged in Count Two.

DATED:                                             _____
                                                                   FOREPERSON

UNITED STATES' PROPOSED VERDICT FORM
CR-15-00226-EJD