UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DOUGLAS YORK,<br><br>　　　　Defendant. | Case No.  5:15-cv-00226-EJD<br><br>**LIST OF ADMITTED EXHIBITS FOLLOWING TRIAL PROCEEDINGS** |

　　　The subsequent pages are the List of Exhibits by the Plaintiff marked as admitted into evidence and were submitted to the Court following jury trial proceedings.

DATED:  8/28/2015　　　　　　　　　　　　　　FOR THE COURT,
　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk


　　　　　　　　　　　　　　　　　　　by:  *Elizabeth C. Garcia*

　　　　　　　　　　　　　　　　　　　　　Elizabeth C. Garcia
　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy

---

1

Case No.: 5:15-cr-00226-EJD
**LIST OF ADMITTED EXHIBITS FOLLOWING TRIAL PROCEEDINGS**

| Exhibit Number | Date ID | Date Admitted | Sponsoring Witness | Description | Bates Range |
|---|---|---|---|---|---|
| 1 | 8/28/15 | 8/28/15 | | Teltech Systems Inc. (Spoofcard) voice recording. | |
| | | | | | |
| 2 | 8/28/15 | 8/28/15 | | Teltech Systems Inc. (Spoofcard) records. | |
| 3 | 8/25/15 | 8/25/15 | | Verizon Wireless records. | |
| 4 | 8/25/15 | 8/25/15 | | Audio recording from Hessenflow's voice mailbox. | |
| | | | | | |
| 5 | 8/25/15 | 8/25/15 | | Email to TIGTA from Hessenflow reporting voice mail. | |
| | | | | | |
| 7 | 8/28/15 | 8/28/15 | | Craigslist records pertaining to a posting on 2/24/2012. | |
| 8 | 8/25/15 | 8/25/15 | | A photograph of defendant's Facebook page. | |