UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    v.<br><br>DOUGLAS STROMS YORK<br><br>    Defendants. | Case No.  5:15-cr-00226-EJD<br><br>**JURY NOTES DURING DELIBERATIONS** |

Please find Jury Note No. 1 from the jury during deliberations.

DATED:  8/28/2015

FOR THE COURT,
Richard W. Wieking, Clerk

by: *Elizabeth C. Garcia*
    Elizabeth C. Garcia
    Courtroom Deputy

1

Case No.: 5:15-cr-00226-EJD
**JURY NOTE DURING DELIBERATIONS**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA        Case No. **CR-15-0226- EJD**

CASE TITLE: USA v. Douglas York

NOTE FROM THE JURY DURING DELIBERATIONS

Date: 8-28-15

Time: 2:57 pm

Note No. 1

1. The Jury has reached a unanimous verdict. [Please mark]   ( X  )

or

2. The Jury has the following question:

_____

_____

_____

_____

_____

_____

_____

DATE: 8-28-15            _____
                         Signature of Juror