UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Judge Edward J. Davila**
Courtroom 4 - 5th Floor
**Criminal Minute Order – Jury Trial**

**TIME IN COURT: 4 hrs**

**Date: August 28, 2015**             U.S. Probation Officer: N/A
**Courtroom Deputy: Elizabeth Garcia**    U.S. Pretrial Services Officer: N/A
**Court Reporter: Irene Rodriguez**      Interpreter: N/A

**CASE NUMBER**: 5:15-cr-00226-EJD
**TITLE: USA v. Douglas Stroms York (NC)(P)**
Government Attorney(s) present: Brianna Penna, Jeff Schenk
Defendant Attorney(s) present: Graham Archer

**PROCEEDINGS: Jury Trial**

**ORDER AFTER HEARING:**
9:14 AM – 9:15 AM: Jury summoned and dismissed for hearing with counsel.
9:15 AM – 9:37 AM: Nathan Cooper called for voir dire. Direct examination of witness.
9:37 AM – 9:50 AM: Cross examination of N. Cooper.
9:50 AM – 9:53 AM: No redirect examination. Witness excused.
9:53 AM - 10:00 AM: The Court holds further hearing outside presence of the jury.
10:00 AM – 10:30 AM: Jury summoned. Government calls Nathan Cooper for direct examination.
10:30 AM – 10:45 AM: The Court takes the mid-morning recess.
10:45 AM – 10:51 AM: Jury summoned. Proceedings resume. Cross examination of N. Cooper.
10:51 AM – 11:24 AM: No redirect. Witness excused. Donna Aguirre for direct examination by the Government.
11:24 AM – 11:44 AM: Cross examination of D. Aguirre. Side bar conference also held.
11:44 AM – 11:46 AM: No redirect examination. Witness excused. Jury dismissed for brief recess. Court holds further hearing outside the presence of the jury.
11:46 AM – 11:57 AM: Break in proceedings.
11:57 AM – 12:00 PM: Further hearing outside the presence of the jury. **The Government moves to dismiss count 2 of the Superseding Indictment.** The Court granted the request. Defense makes a Rule 29 motion.
12:00 PM – 12:02 PM: Jury summoned. The Government resets. No defense case. The jury is dismissed for the lunch recess.
12:02 PM – 12:15 PM: Jury dismissed for the lunch recess. The Court holds further hearing outside the presence of the jury. The Court hears argument on Defendant's Rule 29 Motion. The Court respectfully declines Defendant's Motion.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Elizabeth C. Garcia
Courtroom Deputy
Original: Efiled
CC:
Page 1

**ORDER AFTER HEARING (cont.):**

12:15 PM – 1:20 PM: The Court takes the lunch recess.
1:20 PM – 1:30 PM: Hearing outside the presence of the jury.
1:40 PM – 1:50 PM: Jury summoned. The Court calls on counsel for the Government for closing arguments.
1:50 PM – 2:00 PM: The Court calls on counsel for the defendant for closing arguments.
2:00 PM – 2:10 PM: The Court calls on counsel for the Government for rebuttal argument.
2:10 PM – 2:25 PM: The Court gives the final jury instructions.
2:25 PM – 2:30 PM: Alternate jurors dismissed from service but reminded of the admonition until the conclusion of a verdict. Remaining jurors retire for deliberations. The Court stands in recess pending the jury's deliberations.
3:10 PM – 3:18 PM: Jury summoned. The Court inspects the verdict. The Clerk publishes the verdict for the record. Jury polled. Verdict is unanimous. **Defendant is found guilty as to Count One of the Superseding Indictment.**
3:18 PM – 3:42 PM: Jurors are excused from service. The Court takes a brief recess to address any jurors re: service.
3:42 PM – 3:45 PM: Further hearing held re sentencing date/remand. The Government does not seek remand of the defendant. Defendant is to adhere to all current conditions of pretrial release. The Court refers the matter for preparation of a presentence investigation report. **The Court sets a date of Judgment and Sentencing on December 14, 2015 at 1:30 PM.**

**Exhibits in Evidence:**   See Final List of Admitted Exhibits

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
**Courtroom Deputy**
Original: Efiled
CC:
Page 2