UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION
Filed
AUG 28 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-15-00226-EJD |
| Plaintiff, | |
| v. | |
| DOUGLAS YORK, | |
| Defendant. | |

**VERDICT FORM**

COUNT ONE:     18 U.S.C. § 912– False Impersonation of a Federal Officer or Employee

WE, THE JURY, find the defendant DOUGLAS YORK in the above-entitled case ___Guilty___ of False Impersonation of a Federal Officer or Employee,
Guilty/Not Guilty

as charged in Count One.

DATED: 8-28-15

_____Brad Duverney_____
FOREPERSON

VERDICT FORM
CR-15-00226-EJD