UNITED STATES DISTRICT
NORTHERN DISTRICT OF CALIFORNIA

# DOCUMENT LOCATOR

Case No.: **CR -15-00226-EJD**

Date Filed: **9/1/15**

DOCUMENT:

- Reporter's Transcript: _____
- Trial Exhibit(s): **Govt's Exhibits 1 - 8\***
- Lodged Documents: _____
- Declaration: _____

- Other: _____

LOCATION:

- Expando Next to Case File _____
- Overflow Shelf _____
- Vault _____
- Other: _____
- Exhibit Room        **X**

Document No.: **79**

\*Govt's Exhibits-From Dkt# 75, *List of Admitted Exhibits Following Trial Proceedings*