# UNITED STATES DISTRICT COURT

for the

## Northern District of California

**U.S.A. Vs. Douglas Stroms York**  **Docket No. CR15-00226 EJD**

### Petition for Arrest Warrant for Defendant Under Pretrial Supervision

| | |
|---|---|
| Name of Defendant: | Douglas Stroms York |
| Name of Judicial Officer: | Honorable Nathanael M. Cousins, U.S. Magistrate Judge |
| Date of Release: | 6/19/2015 |
| Convicted Offense: | 18 U.S.C. § 912 – False Impersonation of a Federal Officer or Employee |
| Release Conditions: | $50,000 Unsecured |
| Special Conditions: | 1) travel restriction to the Northern District of California; 2) report to Pretrial Services; 3) surrender passport and not apply for new travel documents; 4) not possess any firearm, destructive device, or other dangerous weapon; 5) defendant's mother, Pamela Beale, will serve as third party custodian, 6) participate in drug counseling and submit to random drug testing; 7) not use alcohol to excess and not use or possess any narcotic or other controlled substance; 8) seek and maintain verifiable employment; 9) submit to warrantless search and seizure; 10) not change residence; and 11) submit to location monitoring. |

**PETITION FOR ARREST WARRANT**
**RE: YORK, DOUGLAS STROMS**                    Docket No. CR15-00226 EJD

## Petitioning the Court

For the issuance of a no-bail warrant for the defendant's arrest.

I, Jaime A. Carranza, a U.S. Pretrial Services Officer, employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

### INFORMATION:

On September 13, 2015, Pretrial Services received a location monitoring alert at approximately 1:00 a.m. informing that Mr. York left his residence without authorization. We contacted the defendant's residence and spoke with his mother, Pamela Beale, who informed that the defendant was arrested by the Morgan Hill Police Department. We contacted the arresting officer, who informed that Mr. York allegedly threatened to kill a female companion while he was choking her at his residence. As such, they arrested the defendant and transported him to the Santa Clara County Main Jail. The arresting officer informed that the defendant would be charged with "no bail" felonies. Pretrial Services is awaiting a copy of the incident report from the Morgan Hill Police Department.

On today's date, Pretrial Services contacted the Santa Clara County Main Jail who advised that Mr. York was being held for violations of California Penal Code 422 -- Criminal Threats; and Penal Code 275.5 – Inflict Corporal Injury: Spouse/Ex-Spouse/Cohabitant. Additionally, the defendant's Santa Clara County Probation Officer Ignacio Carriles advised that a probation hold was placed against the defendant. The defendant is currently under parole supervision for a 2013 felony drug conviction.

Mr. York is currently scheduled to make an Initial Appearance in Santa Clara County Superior Court in San Jose, California, on September 16, 2015.

Based on the foregoing and the defendant's history of domestic violence, Pretrial Services respectfully recommends that a warrant be issued for the defendant's arrest so that he may be transported in custody to appear before this Court upon his release from state custody.

**PETITION FOR ARREST WARRANT**
**RE:  YORK, DOUGLAS STROMS**                          Docket No. CR15-00226 EJD

                                          Respectfully submitted,

                                          */s/ Jaime A. Carranza*
                                          Jaime A. Carranza, Specialist
                                          U.S. Pretrial Services Officer
                                          Place:  **San Jose, California**
                                          Date Signed:  9/15/2015

                                          Approved by:

                                          */s/ Richard Sarlatte*
                                          Richard Sarlatte, Supervisory
                                          U.S. Pretrial Services Officer

---

Having considered the information set forth above,

**THE COURT ORDERS:**

☒   The issuance of a no-bail warrant for the defendant's arrest so that he may be brought before the Court.

☐   Other:

 

September 16, 2015                                               */s/ Nathanael M. Cousins*

            **Date**                                                          **Honorable Nathanael M. Cousins**
                                                            **U.S. Magistrate Judge**