STEVEN G. KALAR
Federal Public Defender
GRAHAM ARCHER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Graham_Archer@fd.org

Counsel for Defendant DOUGLAS YORK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 15-00226 EJD |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING DATE |
| vs. | ) ) | |
| DOUGLAS YORK, | ) ) | |
| Defendants. | ) ) | |

**STIPULATION**

Defendant Douglas York, by and through Assistant Federal Public Defender Graham E. Archer, and the United States, by and through Special Assistant United States Attorney Brianna Penna, hereby stipulate that the sentencing hearing currently scheduled on Monday, December 14, 2015, be continued to Monday, January 4, 2016, at 1:30 p.m.

The reason for the requested continuance is that Mr. York is currently in state custody and it is likely that the state case will resolve by the January 4, 2016 sentencing date. Defense counsel has communicated with the Probation Officer and he has no objection to the continuance.

Stipulation and [Proposed] Order to Continue
Sentencing Hearing Date
CR 15-00226 EJD                    1

1  For the reason stated above, the parties respectfully request that the sentencing hearing be continued from December 14, 2015 to January 4, 2016.

IT IS SO STIPULATED.

DATED: November 2, 2015                    _____/s/_____
                                           GRAHAM ARCHER
                                           Attorney for Defendant Adrian Baltaga

DATED: November 2, 2015                     BRIAN STRETCH
                                           Acting United States Attorney

                                           _____/s/_____
                                           BRIANNA PENNA
                                           Special Assistant United States Attorney

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, and upon stipulation of the parties, IT IS HEREBY ORDERED that the sentencing hearing currently set for Monday December 14, 2015 is continued to January 4, 2016, at 1:30 p.m.

IT IS SO ORDERED.

DATED: _____                    _____
                                           HONORABLE EDWARD J. DAVILA
                                           United States District Judge