UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 15-cr-00226 EJD |
| Plaintiff, | ORDER FOR RELEASE FROM FEDERAL CUSTODY |
| v. | |
| DOUGLAS STROMS YORK, | |
| Defendant. | |

The defendant having appeared before the undersigned Magistrate, and upon good showing, IT IS HEREBY ORDERED that the U.S. Marshal and/or representatives, release from federal custody the above-named defendant. The defendant shall abide by his previously imposed conditions of release.

Dated: December 8, 2015

NATHANAEL COUSINS
United States Chief Magistrate Judge