# UNITED STATES DISTRICT COURT

for the

## Northern District of California

FILED
JAN 19 2016
CLERK, SUSAN Y. SOONG
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

U.S.A. Vs. Douglas Strom York          Docket No. 5:15-cr-00226-EJD-1

---

**Petition for Arrest Warrant for Defendant Under Pretrial Supervision**

---

| | |
|---|---|
| Name of Defendant: | Douglas Strom York |
| Name of Judicial Officer: | Honorable Nathanael M. Cousins, U.S. Magistrate Judge |
| Date of Release: | 6/19/2015 |
| Charged Offense: | 18 U.S.C. § 912 – False Impersonation of an Employee of the United States |
| Bond: | $50,000 Unsecured |
| Special Conditions: | 1) Report to Pretrial Services as directed; 2) Travel restricted to Northern District of California; 3) Surrender passport and not apply for new travel documents; 4) Not possess any firearm, destructive device or other dangerous weapon; 5) Remain in the custody of custodian, Pamela Beale; 6) Submit to drug counseling and submit to drug testing as directed by Pretrial Services; 7) Not use alcohol to excess and not use or possess any narcotic or other controlled substance without a legal prescription; 8) Not change residence without prior approval of Pretrial Services; and 9) Submit to location monitoring with leave from residence permitted for legal, medical, and other purposes, with prior approval of Pretrial Services. |
| Sentence: | Sentenced on 1/4/16: 12 months and 1 day custody of Bureau of Prisons, 1 year Supervised Release, $100 Assessment. Surrender ate 2/3/16. |

PETITION FOR ARREST WARRANT
RE: York, Douglas Strom                    Docket No. 5:15-cr-00226-EJD-1

## Petitioning the Court

For the issuance of a **no-bail warrant** for the defendant's arrest.

    I, Jaime A. Carranza, a U.S. Pretrial Services Officer, employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

### VIOLATION(S):

1. **On January 14, 2016, the defendant violated his location monitoring condition by returning home 30 minutes late.**

2. **On January 15, 2016, the defendant violated his release conditions by consuming alcohol to excess.**

3. **On January 17, 2015, the defendant violated his location monitoring condition by removing his ankle transmitter without approval from Pretrial Services. His current whereabouts are unknown.**

Summary of Violations:

**Violation #1:** On January 14, 2016, Pretrial Services received a location monitoring alert informing that the defendant failed to return home at 8:30 p.m.. Mr. York was allowed to leave his residence from 5:30 p.m. to 8:30 p.m. for the purpose of attending a Narcotics Anonymous meeting. Shortly after receiving this alert, the undersigned called the defendant's cellular telephone. Although the call was answered, the receiver of the call did not respond; however, the undersigned heard Mr. York's voice, along with a female's voice and music in the background. It sounded to the undersigned that Mr. York was in a car. After approximately a minute, the telephone call was terminated. The undersigned immediately called Mr. York's cell phone again and Mr. York responded. The defendant informed that he was walking home and would be home in a few minutes. Mr. York denied being in a car, speaking with a female, or listening to music. As the undersigned detected that Mr. York was slurring his speech, he was asked if he had been consuming alcohol. Mr. denied he had been drinking. I asked Mr. York why his speech was slurred and he responded by saying "that's your opinion". He was directed to report to

## PETITION FOR ARREST WARRANT
### RE: York, Douglas Strom          Docket No. 5:15-cr-00226-EJD-1

Pretrial Services the following day at 9:00 a.m. Mr. York subsequently entered his residence at 9:02 p.m.

**Violation #2:** On January 15, 2016, Mr. York reported to Pretrial Services at approximately 9:30 a.m. Supervisory U.S. Pretrial Services Officer Allen Lew had the defendant submit to a breathalyzer test which resulted in a 0.146% blood alcohol content (BAC) level. Mr. York admitted to consuming alcohol the previous evening, but denied consuming alcohol to excess. Mr. York added that he had been consuming NyQuil as he was not feeling well. Officer Lew advised the defendant that he was well beyond 0.08% BAC which was a violation of his release conditions. Mr. York was advised that he was on lock down until a violation hearing could be held before the Court.

**Violation #3:** On January 17, 2016, Pretrial Services received alerts notifying that Mr. York's ankle transmitter had been tampered with. The undersigned contacted Mr. York and he admitted to removing his ankle transmitter. The defendant indicated that he was planning on surrendering the Bureau of Prison (FCI Mendota) the following day, earlier than scheduled, so he cut the transmitter off. According to Mr. York, upon contacting FCI Mendota he was advised that he would be allowed to surrender two weeks earlier than his surrender date. The undersigned admonished the defendant for failing to notify our office of his intentions and for removing his ankle transmitter without approval from our office. Mr. York responded that "it's no big deal, I'm surrendering tomorrow". Later that evening, the Morgan Hill Police Department stopped by the defendant's residence at the undersigned's request to verify he had not left his home. Morgan Hill Police Department confirmed Mr. York was home and that he told the officers at his residence that he would be surrendering to BOP the following day.

On January 19, 2016, the U.S. Marshal's verified with FCI Mendota that the defendant did not surrender to their facility. Attempts by the undersigned to reach the defendant have been unsuccessful and his current whereabouts are unknown.

**Address of Defendant:**


Based on the foregoing, there is probable cause to believe that Douglas Strom York violated the conditions of his pretrial release. Therefore, the undersigned asks the Court to issue a no-bail warrant for his arrest

Page 4

PETITION FOR ARREST WARRANT
RE: York, Douglas Strom                    Docket No. 5:15-cr-00226-EJD-1

Respectfully submitted,

Jaime A. Carranza, Specialist
U.S. Pretrial Services
Place: San Jose, California
Date Signed: 1/19/2016

Approved by:

_____
Silvio Lugo
Deputy Chief U.S. Pretrial Services Officer

---

Having considered the information set forth above, the Court finds there is probable cause to believe the defendant violated the terms and conditions of his pretrial release.

**THE COURT ORDERS:**

[X] The issuance of a no-bail warrant for the defendant's arrest so that he may be brought before the Court to show cause why bail should not be revoked.

[ ] Other:

_____        Jan. 19, 2016  11:05 a.m.
Honorable Nathanael M. Cousins                Date
U.S. Magistrate Judge