06/28/2016 03:42 PM EDT                                                                                                       Version 7.0.1

## Case Debt Type Payment Report
### U.S. Courts

**San Jose**

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Case No. DCAN515CR000226** | | **USA V. YORK** | | | | | | | |
| 001 | DOUGLAS STROMS YORK | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT B041116DCAN515CR000226 | 166 | PR | 100.00 | 04/11/2016 |
| | | | | | | | | **Division Payment Total** | 100.00 | |
| | | | | | | | | **Grand Total** | 100.00 | |

**SPECIAL ASSESSMENT
PAID IN FULL**

Defendant: DOUGLAS STROMS YORK
Amount $ 100.00        Date: 4/11/2016